IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADIDAS AG and ADIDAS AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ASICS AMERICA CORPORATION and FITNESSKEEPER, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 17-285 (GMS)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs adidas AG and adidas America, Inc. (collectively, "adidas") and Defendants ASICS America Corporation ("ASICS") and FitnessKeeper, Inc. ("FitnessKeeper") that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), adidas's claims against ASICS and FitnessKeeper be, and they hereby are, dismissed with prejudice. Plaintiff shall not be responsible for Defendants' attorneys' fees, expenses and costs; nor shall Defendants be responsible for Plaintiffs' attorneys' fees, expenses and costs.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Jeremy A. Tigan | /s/ Bindu A. Palapura |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jtigan@mnat.com | David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com |

OF COUNSEL:

Mitchell G. Stockwell
Chad A. Pannell
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
(404) 815-6500

Matias Ferrario
Caroline K. Wray
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101
(336) 607-7300

*Attorneys for adidas AG and
adidas America, Inc.*

March 14, 2018
11744681

OF COUNSEL:

Michael A. Dorfman
Thomas J. Maas
Matthew M. Holub
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
(312) 902-5200

Christopher B. Ferenc
KATTEN MUCHIN ROSENMAN LLP
2900 K Street NW North Tower - Suite 200
Washington, DC 20007
(202) 625-3500

*Attorneys for ASICS America Corporation
and FitnessKeeper, Inc.*

SO ORDERED this 15th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE